544

396 A.2d 37

Commonwealth v. Laurito, Appellant.

Submitted November 14, 1977. Stanley W. Greenfield, for appellant; Charles W. Johns, Assistant District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

WATKINS, former P. J., and HOFFMAN, J., did not participate in the consideration or decision of this case.

396 A.2d 37

Commonwealth v. Laux, Appellant.

Submitted November 14, 1977. William M. Panella, Assistant Public Defender, for appellant; Paul W. Johnson, Assistant District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

WATKINS, former P. J., and HOFFMAN, J., did not participate in the consideration or decision of this case.